IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 5 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02069-OES

GERALD JOSEPH CESSAR,
        Plaintiff,

v.

P. BROOKS, #1305,
M. DALY, #1437,
HUDSON, Jefferson County Sheriff First Name Unknown,
COUNTY OF JEFFERSON,
ALL OFFICERS IN CASE #04-2005,
STATE OF COLORADO, and
SHERIFF TED B. MINK,
        Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Gerald Joseph Cessar is a prisoner in the custody of the Colorado Department of Corrections at the Four Mile Correctional Center at Cañon City, Colorado. Mr. Cessar has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his rights under the United States Constitution. The court must construe the complaint liberally because Mr. Cessar is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Cessar will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient because Mr. Cessar fails to allege facts that demonstrate how each Defendant personally

participated in the asserted violation of his rights. Mr. Cessar asserts three claims that he was assaulted with excessive force when he was arrested on January 12, 2004. However, he fails to allege in the complaint who assaulted him or why he is suing all of the named Defendants.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Cessar must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Cessar will be ordered to file an amended complaint in which he alleges specific facts to demonstrate how each Defendant personally participated in the asserted constitutional violations. Mr. Cessar is reminded that 42 U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Cessar should name as Defendants in the amended complaint the individuals he believes actually violated his rights. Accordingly, it is

ORDERED that Mr. Cessar file **within thirty (30) days from the date of this order** an amended complaint that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Cessar, together with a copy of this order, two copies of the following forms:  Prisoner Complaint.  It is

FURTHER ORDERED that Mr. Cessar submit sufficient copies of the amended complaint to serve each named Defendant.  It is

FURTHER ORDERED that, if Mr. Cessar fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 25 day of October , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02069-OES

Gerald Joseph Cessar
Prisoner No. 121329
FMCC – Unit D
PO Box 200
Canon City, CO 81215-0200

      I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on ___10/25/05___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk