IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02069-OES

GERALD JOSEPH CESSAR,

   Plaintiff,

v.

P. BROOS, #1305,
M. DALY, #1437,
HUDSON, Jefferson County Sheriff, First Name Unknown, and
OTHER UNKNOWN PERSONS,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

   Plaintiff's "Motion for Plaintiff to File Single Copy Only and for the Clerk to Make Additional Copies for Defendants" filed on November 28, 2005, is DENIED.

Dated: November 29, 2005

Copies of this Minute Order mailed on November 29, 2005, to the following:

Gerald Joseph Cessar
Prisoner No. 121329
Four Mile Corr. Center
PO Box 200
Canon City, CO 81215- 0200

_____
Secretary/Deputy Clerk