FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEC 15 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02069-MSK-OES

GERALD JOSEPH CESSAR,

      Plaintiff,

v.

P. BROOS, #1305,
M. DALY, #1437,
HUDSON, Jefferson County Sheriff, First Name Unknown, and
OTHER UNKNOWN PERSONS,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 14th day of December, 2005.

BY THE COURT:

Marcia S. Krieger
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02069-MSK-OES

Gerald Joseph Cessar
Prisoner No. 121329
FMCC – Unit D
PO Box 200
Canon City, CO 81215- 0200

US Marshal Service
Service Clerk
Service forms for: P. Brooks, M. Daly, and FNU Hudson,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal for process of service on P. Brooks, M. Daly and FNU Hudson: AMENDED COMPLAINT FILED 11/28/05, SUMMONS, AND CONSENT FORM  on _12/15/05_____.

GREGORY C. LANGHAM, CLERK

By: _____

Deputy Clerk