IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

Plaintiff,

v.

P. BROOKS, #1305,
M. DALY, #1437,
W. HUDSON, Jefferson County Sheriff Deputy, and
OTHER UNKNOWN PERSONS,

Defendants.

_____

**ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

  Before the Court is Defendants' Motion for Leave to Take Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) [Docket #33]. Pursuant to Rule 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Skyline Correction Center in Canon City, Colorado. Defendants have contacted Skyline Correction Center and have received approval to depose Plaintiff on the date requested.

  Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

  Accordingly, Defendants' Motion for Leave to Take Deposition of Plaintiff Gerald Joseph Cessar on Wednesday, April 19, 2006 at 10:00 a.m. Pursuant to Fed. R. Civ. P. 30(a)(2) [Filed April 14, 2006; Docket #33] is **granted**. The deposition is subject to the limitations of Rule 30(d) and

further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 17th day of April, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge