IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

Plaintiff,

v.

P. BROOKS, #1305,
M. DALY, #1437,
W. HUDSON, Jefferson County Sheriff Deputy, and
OTHER UNKNOWN PERSONS,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 24, 2006.**

      Plaintiff's Motion for the Court to Release Plaintiff's Medical Records from Unknown Persons of the Jefferson County Sheriffs Department [Filed April 19, 2006; Docket #37] is **denied** as moot based on Defendants' representation in their response [Docket #39] that they will produce Plaintiff's records within thirty days of the request pursuant to Fed. R. Civ. P. 34.