IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

Plaintiff,

v.

P. BROOKS, #1305,
M. DALY, #1437,
W. HUDSON, Jefferson County Sheriff Deputy, and
OTHER UNKNOWN PERSONS,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 1, 2006.**

      Before the Court are Plaintiff's Motion for Order to have Defendants Produce Copies of Plaintiff's Deposition [Docket #45] and Plaintiff's Motion for United States District Judge Marcia S. Krieger to Rule on Plaintiff's Prior Submitted Motions [Docket #46]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, these matters have been referred to this Court for resolution.

      Plaintiff can receive a transcript of his deposition from the court reporting service that transcribed the deposition by ordering a transcript and paying the associated fees for this service. It is not the Defendants' responsibility to bear the cost of Plaintiff's discovery. Thus, Plaintiff's Motion for Order to have Defendants Produce Copies of Plaintiff's Deposition [Filed April 27, 2006; Docket #45] is **denied**.

      Plaintiff also seeks to expedite the Court's ruling on several motions that were referred to this Court by United States District Judge Marcia S. Krieger. These motions and Plaintiff's concerns outlined therein have previously been addressed by this Court (see Docket ## 35, 41, 42, 43). Plaintiff's Motion for United States District Judge Marcia S. Krieger to Rule on Plaintiff's Prior Submitted Motions [Filed April 27, 2006; Docket #46] is, therefore, **denied**.