IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

        Plaintiff,

v.

P. BROOKS (#1305), DEPUTY SHERIFF JEFFERSON COUNTY,
M. DALY (#1437), DEPUTY SHERIFF JEFFERSON COUNTY,
HUDSON (FIRST NAME UNKNOWN), DEPUTY SHERIFF JEFFERSON COUNTY, and
OTHER UNKNOWN PERSONS (JEFFERSON COUNTY JAIL CLINICAL SERVICES),

        Defendants.

## ORDER AFFIRMING MAGISTRATE JUDGE

THIS MATTER comes before the Court on an Appeal **(#53)** by the Plaintiff from Magistrate Judge Hegarty's May 1, 2006 Minute Order **(#48).** Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff is *pro se*, therefore the Court construes his filings liberally. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). With regard to his appeal, the Court decides whether the Magistrate Judge's ruling was clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).

The Magistrate Judge's May 1, 2006 Minute Order denied two motions by the Plaintiff: (1) a Motion for Order to have Defendants Produce Copies of Plaintiff's Deposition; and (2) a Motion for United States District Judge Marcia S. Krieger to Rule on Plaintiff's Prior Submitted

Motions. The Plaintiff's appeal is limited to the ruling on the second motion.

The Magistrate Judge denied the second motion because it sought an expedited ruling on motions which he had already ruled upon. Such ruling was neither clearly erroneous nor contrary to law; indeed, it was correct.

The Plaintiff apparently believes that the Magistrate Judge's ruling was improper because the Plaintiff sought to have the District Judge rule on his motions. If so, then the Court must quickly dispel him of such belief. Pursuant to Fed. R. Civ. P. 72(a), the Court may refer non-dispositive motions to the Magistrate Judge for determination. The motions upon which the Magistrate Judge ruled were referred in accordance with Rule 72(a).

It appears that the Plaintiff may also be requesting an expedited ruling on his Motion in Limine **(#50)** filed May 2, 2006. Such motion seeks an expedited trial and requests that certain categories of evidence be excluded at trial. A two-day jury trial is scheduled to commence on February 5, 2007; no earlier trial date is available. The Court will address the merits of the motion *in limine* at the final pretrial conference set for November 16, 2006.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Order **(#48)** is **AFFIRMED**.

Dated this 11th day of August, 2006

                                                   **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge