IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

      Plaintiff,

vs.

P. BROOKS, #1305, *et al.*,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 26, 2006.**

      Before the Court is Defendants' Motion for Sanctions [Docket #65] in which Defendants seeks dismissal of this action due to Plaintiff's failure to participate in discovery. At the time this Motion was filed, Plaintiff appearing *pro se* had previously failed to adequately respond to discovery requests. Since that time, Plaintiff has retained counsel, and Plaintiff has now submitted responses to Defendants' discovery requests. Because the discovery deadline has been extended by prior Order of this Court, Defendants do not appear to be prejudiced by the delay in Plaintiff's responses. Further, it appears that Plaintiff's counsel has been cooperative in discovery, since entering his appearance. Under these circumstances, sanctions are not presently warranted. As such, Jefferson County Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 [Filed August 3, 2006; Docket #65] is **denied**.