IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

      Plaintiff,

v.

P. BROOKS (#1305), DEPUTY SHERIFF JEFFERSON COUNTY,
M. DALY (#1437), DEPUTY SHERIFF JEFFERSON COUNTY,
HUDSON, Deputy Sheriff Jefferson County (first name unknown), and
OTHER UNKNOWN PERSONS,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO VACATE PRETRIAL CONFERENCE AND TRIAL

      THIS MATTER comes before the Court on the Defendants' Motion to Vacate Pretrial Conference and Trial **(#78).** The Court being fully advised of the foregoing,

      **ORDERS** that the Defendants' Motion to Vacate Pretrial Conference and Trial **(#78)** is **GRANTED IN PART and DENIED IN PART**. The Pretrial Conference scheduled for **November 16, 2006 is VACATED** and **RESET to December 8, 2006 at 1:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. However, the two-day trial scheduled to commence February 5, 2007 is not vacated.

      Dated this 31st day of October, 2006

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge