IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02069-MSK-MEH

GERALD JOSEPH CESSAR,

      Plaintiff,

vs.

P. BROOKS, #1305, *et al.*,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2006.**

Based upon the parties' agreement, and the entire record herein, Defendants' Stipulated Motion for Protective Order [Filed November 15, 2006; Docket #80] is **granted**.  The Court will sign the Protective Order and enter it on the record.